DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALBERTO SOLORIO-CARLOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00159 LJO |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER THEREON |
| ALBERTO SOLORIO-CARLOS, | Date : July 16, 2010 |
| | Time: 9:00 a.m. |
| *Defendant.* | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for June 18, 2010, **may be continued to July 16, 2010, at 9:00 a.m.**

The purpose of the requested continuance is for further plea negotiation and defense preparation. A pre-plea worksheet was submitted to probation on June 14, 2010, and the parties are awaiting completion of a pre-plea PSR for the purpose of plea negotiations and fast track consideration. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                BENJAMIN B. WAGNER
                                United States Attorney

6   DATED:  June 16, 2010         /s/ Ian Garriques
                                IAN GARRIQUES
7                                Assistant United States Attorney
                                Attorney for Plaintiff

9                                DANIEL J. BRODERICK
                                Federal Defender

11  DATED:  June 16, 2010         /s/  Marc Days
                                MARC DAYS
12                               Assistant Federal Defender
                                Attorney for Defendant
13                               ALBERTO SOLORIO-CARLOS

15                                  **O R D E R**

16  **Assuming that the plea negotiations took place timely, then there is Good Cause for the**
17  **continuance.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
18  and (B).

20  IT IS SO ORDERED.
21  **Dated:     June 16, 2010**            /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

28  Stipulation to Continue Status Conference
    Hearing; Order Thereon                    2